IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

        Plaintiff,

v.                                                                   CV No. 20-190 SMV/CG

LAS CRUCES PUBLIC SCHOOLS, et al.,

        Defendants.

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND

**THIS MATTER** is before the Court on Defendant Patrick Howard's *Unopposed Motion for Extension of Time to File Responsive Pleading to Plaintiff's Original Complaint* (the "Motion"), (Doc. 9), filed April 17, 2020. In the Motion, Defendant explains he has been working to hire counsel to represent him. (Doc. 9 at 2). Defendant requests until June 1, 2020, to file an answer or other responsive pleading in this case. *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall until June 1, 2020, to file an answer or responsive pleading to Plaintiff's Complaint.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE