IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

       Plaintiff,

v.                                                               CV No. 20-190 SMV/CG

LAS CRUCES PUBLIC SCHOOLS, et al.,

       Defendants.

## ORDER VACATING RULE 16 AND INITIAL SCHEDULING ORDER

**THIS MATTER** is before the Court on Defendant Patrick Howard's *Unopposed Motion for Extension of Time to File Responsive Pleading to Plaintiff's Original Complaint* (the "Motion"), (Doc. 9), filed April 17, 2020; and the Court's *Order Granting Defendant's Motion to Extend*, (Doc. 10), filed April 20, 2020. In the Motion, Defendant explains he has been working to hire counsel to represent him. (Doc. 9 at 2). After reviewing Defendant's Motion, the Court granted Defendant's request for an extension and permitted him until June 1, 2020, to file a responsive pleading to Plaintiff's Complaint. (Doc. 10 at 1).

**IT IS THEREFORE ORDERED** that the Telephonic Rule 16 Scheduling Conference, set for June 4, 2020, is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 8), and all accompanying deadlines, are **VACATED**. The Court will reset the Rule 16 Scheduling Conference and enter a new *Initial Scheduling Order* after Defendant serves his answer.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE