IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

    Plaintiff,

v.                                                          CV No. 20-190 SMV/CG

PATRICK HOWARD
AND LAS CRUCES PUBLIC SCHOOLS,

    Defendant.

## ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND STAY OF DISCOVERY

**THIS MATTER** is before the Court on Defendants' *Motion for Protective Order to Stay Proceedings Pending Resolution of Parallel Criminal Prosecution or, in the Alternative, for a Stay of Discovery* (the "Motion"), (Doc. 12), filed June 1, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS HEREBY ORDERED** that the proceedings in this case shall be stayed until **July 30, 2020**. Defendants are directed to file an answer or other responsive pleading no later than **July 30, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE