# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

      Plaintiff,

v.                                         CV No. 20-190 SMV/CG

LAS CRUCES PUBLIC SCHOOLS, et al.,

      Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE ON MOTION

**THIS MATTER** is before the Court on Defendants' *Motion to Extend Protective Order and Request to Stay Proceedings Pending Resolution of Parallel Criminal Prosecution or, in the alternative, for a Stay of Discovery* (the "Motion"), (Doc. 15), filed July 13, 2020.

**IT IS HEREBY ORDERED** that Plaintiff shall file a Response to Defendants' Motion no later than July 24, 2020. Defendants may file a Reply in support of their Motion no later than July 31, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE