IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

      Plaintiff,

v.                                                                      CV No. 20-190 SMV/CG

LAS CRUCES PUBLIC SCHOOLS, et al.,

      Defendants.

### ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court on Defendants' *Motion to Extend Protective Order and Request to Stay Proceedings Pending Resolution of Parallel Criminal Prosecution or, in the Alternative, for a Stay of Discovery* (the "Motion"), (Doc. 15), filed July 13, 2020. **IT IS HEREBY ORDERED** that a telephonic Motion hearing is scheduled for **Tuesday, August 11, 2020, at 2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE