IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

       Plaintiff,

v.                                                                                  CV No. 20-190 SMV/CG

LAS CRUCES PUBLIC SCHOOLS, et al.,

       Defendants.

## ORDER RESETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court upon communication from counsel. **IT IS HEREBY ORDERED** that the telephonic Motion hearing is rescheduled for **Thursday, August 13, 2020, at 2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

       **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE