IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

      Plaintiff,

v.                                                              CV No. 20-190 SMV/CG

LAS CRUCES PUBLIC SCHOOLS, et al.,

      Defendants.

## ORDER DENYING MOTION FOR LEAVE TO FILE A SUR-REPLY

**THIS MATTER** is before the Court on Plaintiff Sierra Ortiz's *Motion for Leave to File a Sur-Reply* (the "Motion"), (Doc. 21), filed August 4, 2020. In her Motion, Plaintiff requests leave of Court to file a sur-reply to respond to arguments raised for the first time in Defendants' Reply, (Doc. 18). The Court, having reviewed the Motion and the relevant law, finds it shall be **DENIED**. Instead, Plaintiff may present argument and respond to Defendants' newly-raised contentions at the Motion Hearing set for August 13, 2020.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE