IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

      Plaintiff,

v.                                                             CV No. 20-190 SMV/CG

LAS CRUCES PUBLIC SCHOOLS, et al.,

      Defendants.

## ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PROTECTIVE ORDER

**THIS MATTER** is before the Court on Defendants' *Motion to Extend Protective Order and Request to Stay Proceedings Pending Resolution of Parallel Criminal Prosecution or, in the Alternative, for a Stay of Discovery*, (the "Motion"), (Doc. 15), filed July 13, 2020; Plaintiff's *Response in Opposition to Defendants' Motion to Extend Protective Order and Request to Stay Proceedings Pending Resolution of Parallel Criminal Prosecution or, in the Alternative, for a Stay of Discovery*, (Doc. 17), filed July 16, 2020; Defendants' *Reply in Support of Motion to Extend Protective Order and Request to Stay Proceedings Pending Resolution of Parallel Criminal Prosecution or, in the Alternative, for a Stay of Discovery*, (Doc. 18), filed July 31, 2020; the arguments presented by counsel at the Court's Motion Hearing, held August 13, 2020, (Doc. 24); and the *Parties' Notice of Stipulated Discovery to Defendant Las Cruces Public Schools* (the "Notice"), (Doc. 25), filed August 20, 2020.

**IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED IN PART AND DENIED IN PART**. **IT IS FURTHER ORDERED** that limited discovery as delineated in the Parties' Notice shall be permitted with respect to Defendant Las Cruces Public Schools.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE