IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

        Plaintiff,

v.                                              CV No. 20-190 SMV/CG

LAS CRUCES PUBLIC SCHOOLS, et al.,

        Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND

**THIS MATTER** is before the Court on Plaintiff Sierra Ortiz's *Unopposed Motion for to Extend Deadline to File Motion to Compel* (the "Motion"), (Doc. 29), filed October 9, 2020. In the Motion, Plaintiff requests until October 19, 2020, to file its Motion to Compel Defendant Las Cruces Public Schools. (Doc. 29). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until October 19, 2020, to file a Motion to Compel.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE