IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

        Plaintiff,

v.                                                                                                CV No. 20-190 SMV/CG

LAS CRUCES PUBLIC SCHOOLS, et al.,

        Defendants.

## ORDER SETTING TELEPHONIC MOTION HEARING

**THIS MATTER** is before the Court on Defendant Las Cruces Public Schools' *Motion for Protective Order Concerning Plaintiff's IPRA Request* (the "Motion"), (Doc. 31), filed November 5, 2020, and Plaintiff Sierra Ortiz's *Response in Opposition to Motion for Protective Order Concerning Plaintiff's IPRA Request* (the "Response"), (Doc. 32), filed November 6, 2020. **IT IS HEREBY ORDERED** that a telephonic Motion hearing is scheduled for **Monday, December 7, 2020, at 1:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

        **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE