IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

    Plaintiff,

v.                                                                                            CV No. 20-190 SMV/CG

LAS CRUCES PUBLIC SCHOOLS, et al.,

    Defendants.

## ORDER VACATING MOTION HEARING

**THIS MATTER** is before the Court upon review of the record. Upon receipt of Defendant Las Cruces Public Schools' *Notice of Withdrawal of Defendant Las Cruces Public School's Motion for Protective Order Concerning Plaintiff's IPRA Request [Doc. 31]* (the "Notice"), (Doc. 34), filed November 30, 2020, the Court shall vacate the Motion Hearing scheduled for Monday, December 7, 2020.

**IT IS THEREFORE ORDERED** that the Motion Hearing scheduled for Monday, December 7, 2020, at 1:30 p.m. is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE