IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

      Plaintiff,

v.   No. CV 20-190 SMV/CG

LAS CRUCES PUBLIC SCHOOLS, et al.,

      Defendants.

## ORDER SETTING EXPEDITED BRIEFING SCHEDULE ON MOTION

**THIS MATTER** is before the Court on Defendants' *Motion to Extend Protective Order and Request to Stay Proceedings until June 30, 2021 Pending Resolution of Parallel Criminal Prosecution, Or, In the Alternative, for a Stay of Discovery* (the "Motion"), (Doc. 36), filed January 19, 2021.

**IT IS HEREBY ORDERED** that Plaintiff shall file a Response to Defendants' Motion no later than January 27, 2021. Defendants may file a Reply in support of their Motion no later than February 1, 2021.

**IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE