# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

      Plaintiff,

v.                                                                                    No. CV 20-190 SMV/CG

LAS CRUCES PUBLIC SCHOOLS, et al.,

      Defendants.

## ORDER GRANTING MOTION TO EXTEND PROTECTIVE ORDER
## AND STAYING PROCEEDINGS

**THIS MATTER** is before the Court on Defendants' *Motion to Extend Protective Order and Request to Stay Proceedings Until June 30, 2021 Pending Resolution of Parallel Criminal Prosecution or, in the Alternative, for a Stay of Discovery* (the "Motion"), (Doc. 36), filed January 19, 2021; Plaintiff's *Response in Opposition to Defendants' Motion to Extend Protective Order and Request to Stay Proceedings Until June 30, 2021 Pending Resolution of Parallel Criminal Prosecution or, in the Alternative, for a Stay of Discovery* (the "Response"), (Doc. 38), filed January 25, 2021; and Defendants' *Reply in Support of Motion to Extend Protective Order and Request to Stay Proceedings Until June 30, 2021 Pending Resolution of Parallel Criminal Prosecution or, in the Alternative, for a Stay of Discovery* (the "Reply"), (Doc. 39), filed February 1, 2021. Having reviewed the Motion, the Response, the Reply, and the relevant law, the Court finds that the Motion is well-taken and should be **GRANTED**.

**IT IS HEREBY ORDERED** that Defendants' *Motion to Extend Protective Order and Request to Stay Proceedings Until June 30, 2021 Pending Resolution of Parallel Criminal Prosecution or, in the Alternative, for a Stay of Discovery*, (Doc. 36), is **GRANTED**.

**IT IS FURTHER ORDERED** that the proceedings in this case shall be stayed until June 30, 2021.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE