IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

    Plaintiff,

v.                                                                                      No. CV 20-190 SMV/CG

LAS CRUCES PUBLIC SCHOOLS, et al.,

    Defendants.

## ORDER GRANTING MOTION TO LIFT STAY

**THIS MATTER** is before the Court on Plaintiff Sierra Ortiz's *Motion to Lift Stay* (the "Motion"), (Doc. 42), filed on June 10, 2021. In the Motion, Plaintiff explains that Defendant Patrick Howard pled guilty on May 27, 2021, was sentenced that same day, and "[n]ow that the criminal case has concluded, Mr. Howard has no Fifth Amendment privilege on which he and the other Defendants can rely to stay this civil case." (Doc. 42 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that the stay is lifted.

    **IT IS FURTHER ORDERED** that Defendants shall file an answer or other responsive pleading by July 5, 2021. The Court shall reset the Rule 16 Scheduling Conference via separate order.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE