IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

    Plaintiff,

v.                                                                                  Cause No.: 2:20-cv-00190 SMV/CG

PATRICK HOWARD and
LAS CRUCES PUBLIC SCHOOLS,

    Defendant.

and

TEACHERS INSURANCE COMPANY,

    Plaintiff-in-Intervention,

v.

SIERRA ORTIZ and PATRICK HOWARD,

    Defendants-in-Intervention.

## ORDER GRANTING INTERVENTION

THIS MATTER having come before the Court on Teachers Insurance Company's Complaint in Intervention for Declaratory Judgment, and there being no opposition from the parties to Teacher Insurance Company's intervention in this action, and the Court being duly advised, FINDS that the Motion to Intervene is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.     Teachers Insurance Company is allowed to intervene in this case and file its Complaint in Intervention for Declaratory Judgment, pursuant to Fed R. Civ. P. 24(a) and (b).

2.     If the declaratory judgment action addressed in the Complaint in Intervention cannot be finally decided on Motions prior to a trial in the original matter, the issues addressed in

Teachers Insurance Company's Complaint in Intervention will be bifurcated and a separate scheduling order will be issued.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

Submitted By:

BUTT THORNTON & BAEHR, PC

By: */s/ Minal P. Unruh*
Minal P. Unruh
Stephanie J. Schneider
P.O. Box 3170
Albuquerque, NM 87190-3170
Tel: (505) 884-0777
*Counsel for Movant Teachers Insurance Company*


Approved By:


*Approval Via Email 11/30/21*
Mollie McGraw
Amanda Carmody
McGraw & Associates, LLC
165 West Lucero Ave.
Las Cruces, New Mexico 88005
Tel: (575) 323-4321
mollie@lawfirmnm.com
amanda@lawfirmnm.com
*Counsel for Plaintiffs*


*Approval Via Email 11/30/21*
Ann L. Keith
Stiff, Keith & Garcia, LLC
400 Gold Avenue SW, Suite 1400
Albuquerque, NM 87102
Tel: (505) 243-5755
akeith@stifflaw.com
*Attorneys for Patrick Howard*

Cody R. Rogers
Jarmie & Rogers
2540 El Paso Road, Ste. D
Las Cruces, NM 88001
Tel: (575) 288-1453
crogers@jarmielaw.com
*Attorneys for Patrick Howard*


*Does not oppose the Motion but opposes the relief requested in Complaint for Intervention*
Jeep Darnell
Jim Darnell, P.C.
310 N. Mesa St., Ste. 212
El Paso, TX 79901
Tel: (915) 532-2442
jedarnell@jdarnell.com
*Attorney for Patrick Howard*


*Approval Via Email 11/30/21*
Bryan Evans
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
Roswell, NM 88202-0700
Tel: (575) 622-6221
bevans@atwoodmalone.com
*Attorneys for Defendant Las Cruces Public Schools*