IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

      Plaintiff,

v.                                                                                 No. CV 20-190 SMV/CG

LAS CRUCES PUBLIC SCHOOLS, et al.,

      Defendants.

### ORDER GRANTING DEFENDANT'S MOTION TO EXTEND

**THIS MATTER** is before the Court on Defendant Patrick Howard's *Motion for Extension of Time to File his Answer to the Complaint in Intervention* (the "Motion"), (Doc. 82), filed December 20, 2021. In the Motion, Defendant explains his answer to the *Complaint in Intervention*, (Doc. 78), is currently due December 27, 2021, but that he requires an extension due to counsel's urgent need to attend to other matters. (Doc. 82 at 1-2). Defendant therefore requests until January 17, 2022, to file an answer to the *Complaint in Intervention. Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall until January 18, 2022, to file an answer or responsive pleading to the *Complaint in Intervention*, (Doc. 78).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE