IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SIERRA ORTIZ,

       Plaintiff,

v.                                                                                  No. CV 20-190 SMV/CG

LAS CRUCES PUBLIC SCHOOLS, et al.,

       Defendants.

### ORDER GRANTING MOTION TO EXTEND ANSWER DEADLINE

**THIS MATTER** is before the Court on Defendant-in-Intervention Sierra Ortiz's *Unopposed Motion to Extend Deadline for Answer to Complaint-in-Intervention* (the "Motion"), (Doc. 84), filed December 21, 2021. In the Motion, Ms. Ortiz explains her answer to the *Complaint in Intervention*, (Doc. 78), is currently due December 27, 2021, and requests until January 10, 2022, to file an answer to the *Complaint in Intervention*. (Doc. 84 at 1). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant-in-Intervention Sierra Ortiz shall until January 10, 2022, to file an answer or other responsive pleading to the *Complaint in Intervention*, (Doc. 78).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE