**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**S.O.,**

    **Plaintiff,**

v.                                              No. 2:20-cv-00190-SMV-GBW

**PATRICK HOWARD,**
**DANA CRITCHLOW,**
**GREGORY A. EWING, and**
**LAS CRUCES PUBLIC SCHOOLS,**

    **Defendants,**

**and**

**TEACHERS INSURANCE COMPANY,**

    **Plaintiff-in-Intervention,**

v.

**S.O. and PATRICK HOWARD**

    **Defendants-in-Intervention.**

### ORDER GRANTING MOTION TO EXCEED PAGE LIMITS

THIS MATTER, having come before the Court upon Plaintiff-in-Intervention, Teachers Insurance Company's Motion Exceed Page Limits, and the Court having reviewed the motion and being otherwise fully informed hereby finds the Motion is WELL-TAKEN and shall be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion to Exceed Page Limits is GRANTED and the page limitations under D.N.M.LR-Civ. 7.5 shall be extended for Teachers Insurance Company's Reply in Support of its Motion for Summary Judgment.

IT IS SO ORDERED.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED:

*/s/ Minal P. Unruh*
Minal P. Unruh
Stephanie J. Schneider
BUTT THORNTON & BAEHR, PC
P.O. Box 3170
Albuquerque, NM 87190-3170
Tel: (505) 884-0777
*Counsel for Movant Teachers Insurance Company*

APPROVED:

*Approved Via Email 8/5/22*
Mollie McGraw
Amanda Carmody
McGraw & Associates, LLC
165 West Lucero Ave.
Las Cruces, New Mexico 88005
Tel: (575) 323-4321
mollie@lawfirmnm.com
amanda@lawfirmnm.com
*Counsel for Plaintiffs*

*Approval Via Email 8/5/22*
Jeep Darnell
Jim Darnell, P.C.
310 N. Mesa St., Ste. 212
El Paso, TX 79901
Tel: (915) 532-2442
jedarnell@jdarnell.com
*Attorney for Patrick Howard*