UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

S.O.,

    Plaintiff,

v.                                                No. 2:20-cv-00190-SMV-GBW

PATRICK HOWARD; DANA CRITCHLOW;
GREGORY A. EWING; and LAS CRUCES
PUBLIC SCHOOLS,

    Defendants,

and

TEACHERS INSURANCE COMPANY,

    Plaintiff-in-Intervention,

v.

S.O. and PATRICK HOWARD,

    Defendants-in-Intervention.

## ORDER OF DISMISSAL OF
## PLAINTIFF'S COMPLAINT WITH PREJUDICE

THIS MATTER came before the Court upon the Motion of Plaintiff to dismiss her Complaint with prejudice, and the Court, having read said Motion and considered same, and being otherwise fully advised in the premises, finds that said Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff's Complaint be, and the same hereby is, dismissed with prejudice.  This Order does not affect Plaintiff-in-Intervention or Defendants-in-Intervention, or their claims or defenses.

_____
HONORABLE STEPHAN M. VIDMAR
U.S. DISTRICT COURT MAGISTRATE JUDGE


APPROVED:

McGRAW LAW & ASSOCIATES


By  **Electronically Approved on 09/30/22 /s/ Mollie McGraw**
　　　Mollie McGraw
　　　Amanda S. Carmody
　　　165 W. Lucero Ave.
　　　Las Cruces, NM 88005
　　　(575) 523-4321
*Attorneys for Plaintiff*


ATWOOD, MALONE, TURNER & SABIN, P.A.


By  **Electronically Submitted on 10/19/22 /s/ Bryan Evans**
　　　Bryan Evans
　　　Barbara Evans
　　　P.O. Drawer 700
　　　Roswell, NM 88202-0700
　　　(575) 622-6221
*Attorneys for Dana Critchlow and Las Cruces Public Schools*


STIFF, GARCIA & ASSOCIATES, LLC


By  **Electronically Approved on 10/04/22 /s/ John S. Stiff**
　　　John S. Stiff
　　　H. Nicole Werkmeister, Of Counsel
　　　Julia Y. Parsons
　　　500 Marquette Ave., N.W., Suite 1400
　　　Albuquerque, NM 87102-5312
　　　(505) 243-5755

JARMIE & ROGERS, P.C.


By **  Electronically Approved on 10/03/22 /s/ Cody R. Rogers**
    Cody R. Rogers
    2540 El Paseo Dr., Suite D
    Las Cruces, NM 88001
    (575) 288-1453

*Attorneys for Defendant Patrick Howard*


BUTT, THORNTON & BAEHR, P.C.


By **  Electronically Approved on 10/03/22 /s/ Minal P. Unruh**
    Minal P. Unruh
    Stephanie J. Schneider
    P.O. Box 3170
    Albuquerque, NM 87190-3170
    (505) 884-0777
*Attorneys for Plaintiff-in-Intervention Teachers Insurance Company*